1048

No. 83–5635.   KEMP v. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION ET AL.   C. A. 6th Cir.   Certiorari denied.

No. 83–5641.   SYDNOR v. MARYLAND.   Ct. Sp. App. Md. Certiorari denied.

No. 83–5643.   NEELY v. ISRAEL, SUPERINTENDENT, WAUPUN CORRECTIONAL INSTITUTION.   C. A. 7th Cir.   Certiorari denied.

No. 83–5646.   WATERS v. CALIFORNIA.   Ct. App. Cal., 2d App. Dist.   Certiorari denied.

No. 83–5651.   DAYE v. ATTORNEY GENERAL OF NEW YORK ET AL.   C. A. 2d Cir.   Certiorari denied.

No. 83–5656.   JOHNSON v. FLORIDA.   Sup. Ct. Fla.   Certiorari denied.

No. 83–5660.   SLOAN v. MCKASKLE, ACTING DIRECTOR, TEXAS DEPARTMENT OF CORRECTIONS.   C. A. 5th Cir.   Certiorari denied.

No. 83–5664.   SIKORSKI v. DEN NORSKE AMERIKALINJE ET AL.   C. A. 11th Cir.   Certiorari denied.

No. 83–5665.   SOUZA v. ELLERTHORPE, WARDEN, ET AL.   C. A. 1st Cir.   Certiorari denied.

No. 83–5667.   MANIS ET AL. v. CHIEF JUDGE, CIRCUIT COURT OF GREENE COUNTY, ET AL.   C. A. 8th Cir.   Certiorari denied.

No. 83–5672.   BAKER v. MCKASKLE, ACTING DIRECTOR, TEXAS DEPARTMENT OF CORRECTIONS.   C. A. 5th Cir.   Certiorari denied.

No. 83–5675.   KEMP ET AL. v. UNITED STATES.   C. A. 3d Cir. Certiorari denied.

No. 83–5676.   GANT v. TEXAS.   Ct. Crim. App. Tex.   Certiorari denied.